■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS JOHNSON, Appellant.—Judgment, Supreme Court, New York County, rendered August 28, 1973, convicting defendant of attempted murder, robbery in the first degree (four counts), robbery in the second degree (two counts), assault in the first degree, grand larceny in the second degree, grand larceny in the third degree, reckless endangerment in the first degree (three counts), and unlawful imprisonment in the first degree (four counts), and sentencing him to 17 concurrent indeterminate terms of imprisonment of from 8-1/3 to 25 years, unanimously modified, on the law, to the extent of reversing the conviction on the assault first degree count and dismissing that count of the indictment and, as so modified, the judgment is affirmed. The People concede that the felony assault charge (Count No. 16) is an inclusory concurrent count of robbery in the first degree (Count No. 14). The verdict of guilty of robbery in the first degree requires a dismissal of the lesser assault first degree count *(People v Pyles,* 44 AD2d 784). We have examined the other points raised by the appellant and find them without merit. Concur—Stevens, P. J., Markewich, Tilzer, Capozzoli and Lane, JJ.

## (October 22, 1975)

■ In the Matter of BEVERLY S. COHEN, Appellant, v JOSEPH J. PREVITE et al., Constituting the Board of Elections of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, dated October 20, 1975 and entered on October 21, 1975, confirming the special referee's report and dismissing appellant's petition, is unanimously affirmed, without costs and without disbursements. We agree with both special referee Edward I. Byer and Spiegel, J., that on this record, appellant has failed to show sufficient grounds to warrant the granting of her petition for a new election. Concur—Markewich, J. P., Tilzer, Capozzoli, Lane and Nunez, JJ.